FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNE T.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 1:20-CV-03080-FVS<br><br>ORDER DENYING REPORT AND RECOMMENDATION AS MOOT |

On June 3, 2020, Magistrate Judge John T. Rodgers issued an order directing Plaintiff to pay a partial filing fee of $25.00. ECF No. 4. On July 7, 2020, Magistrate Judge Rodgers filed a Report and Recommendation recommending that the Court dismiss Plaintiff's Complaint without prejudice because there had been no payment and no response to the Court's June 3, 2020 Order. ECF No. 7. On July 7, 2020, Plaintiff paid the filing fee of $25.00. Because Plaintiff paid the $25.00 filing fee, the Court hereby denies the Report and Recommendation, ECF No. 7, as moot.

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Magistrate Judge John T. Rodgers' Report and Recommendation, **ECF No. 7**, is **DENIED as moot**.

**IT IS SO ORDERED** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** July 13, 2020.

                                       *s/Fred Van Sickle*
                                       Fred Van Sickle
                             Senior United States District Judge

ORDER ~ 2